Adam D. Brumm, Esq.  SB#257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email:  adam@edendefenders.org

Attorneys for Plaintiff
CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FRESNO FAB-TECH, INC., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.:  **1:22−CV−01535−SKO**<br><br>**JOINT NOTICE OF SETTLEMENT and STIPULATION TO VACATE ALL COURT DATES; [PROPOSED] ORDER** |

　　　　Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") and Defendant FRESNO FAB-TECH, INC. ("Defendant") hereby submit this Joint Notice of Settlement and [Proposed] Order vacating all trial dates.

　　　　WHEREAS, on June 8, 2022, Plaintiff provided Defendant with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act Sections 1251 et seq.

　　　　WHEREAS, on November 29, 2022, EDEN filed its Complaint against Defendant in this Court, which incorporates by reference the allegations contained in Plaintiff's Notice.

　　　　WHEREAS, Plaintiff and Defendant (the "Settling Parties"), through their authorized representatives and without either adjudication of Plaintiff's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement

NOTICE of Settlement – Page 1

the allegations of Plaintiff as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.

      WHEREAS, once the Settlement Agreement is finalized, the Settling Parties will submit their Settlement Agreement to the U.S. Environmental Protection Agency and the U.S. Department of Justice (the "federal agencies") for a mandatory 45-day statutory review period, consistent with 33 U.S.C. Section 1365(c) and 40 C.F.R. Section 135.5.

      On the expiration of the federal agencies' review period, and if there is no objection lodged by the federal agencies, the Settling Parties will stipulate to and request an order from this Court dismissing with prejudice Plaintiff's claims as to Defendant, as set forth in the Notice and Complaint.

      Consequently, the Settling Parties submit that good cause exists to vacate any and all existing deadlines and obligations in this case, including responsive pleadings, and to set May 1, 2024, as the deadline for the filing of the Settling Parties' aforementioned stipulation and proposed order, or a Notice that the settlement will not proceed with proposed new case-related deadlines.

Dated: March 1, 2024                              Respectfully,

                                              By: ___/S/ Adam D. Brumm_____
                                                    Adam D. Brumm
                                                    Attorney for Plaintiff

Dated: March 1, 2024                              Respectfully,

                                              By: ___S/ Richard Harris_____
                                                  Richard Harris
                                                  Attorney for Defendant

**[PROPOSED] ORDER**

Good cause appearing, IT IS HEREBY ORDERED that any and all existing deadlines and obligations in this case, including case management dates, are vacated, and by May 1, 2024, Plaintiff CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, and Defendant FRESNO FAB-TECH, INC. are to file a stipulation to dismiss this matter with prejudice and proposed order, or a Notice that the settlement will not proceed, with proposed new case-related deadlines.

IT IS SO ORDERED.

Dated: _____, 2024

                                          By: _____
                                                  Honorable Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE