UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FRESNO FAB-TECH, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 1:22−CV−01535−SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 18) |

On May 1, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 18). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Each party is to bear their own attorney fees and costs, except as provided for in the Settlement Agreement. (*See* Doc. 18). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 6, 2024**                                /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE